WR-38,174-03
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/28/2015 2:53:24 PM
Accepted 10/28/2015 3:05:26 PM
ABEL ACOSTA
CLERK

**W81-01988-K(C)**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF** RECEIVED COURT OF CRIMINAL APPEALS 10/28/2015 CRIMINAL APPEALS |
| **JONATHAN BRUCE REED** | § | **CRIMINAL APPEALS** ACOSTA, CLERK |
| | § | **AUSTIN, TEXAS** |

## MOTION FOR EXTENSION OF TIME TO DISPOSE OF ARTICLE 11.07 APPLICATION FOR WRIT OF HABEAS CORPUS

Pursuant to rule 73.5 of the appellate rules of procedure, the Presiding Judge of the Criminal District Court No. 4 of Dallas County, Texas, moves for an extension of time to dispose of the article 11.07 application for habeas relief in the instant cause. The following is presented in support of the request:

### (1) Case History

Applicant has been tried and convicted for the capital murder of Wanda "Jeannie" Wadle three times. He was convicted and sentenced to death in 1979, but a new trial was granted by the trial court. He was convicted a second time and again sentenced to death in 1983, but that conviction and sentence were overturned in 2009. He was convicted a third time in 2011 and, after the State withdrew its intent to seek death, he was sentenced to life imprisonment.

This is applicant's first application for habeas relief under article 11.07 seeking relief from his 2011 conviction and sentence.

1

The instant application was filed on May 6, 2015 and received by the State on the same day. On May 21, 2015, this Court designated applicant's ineffective assistance grounds for further investigation. Under rule 73.5, this Court's 180-day deadline for disposing of these grounds is Monday, November 2, 2015. Tex. R. App. Proc. 73.5.

## (2) Basis for Extension Request

Additional time is needed to investigate the claims and prepare the Court's findings and conclusions. Applicant's trial and appellate counsel have been contacted about the claims and asked to provide a written response by way of affidavit. The Court anticipates that their affidavits can be obtained and findings and conclusions can be executed within **90 days**. Therefore, the Court respectfully asks the Court of Criminal Appeals to extend its deadline until **Monday, February 1, 2016**.

Respectfully submitted,

Judge Dominique Collins
Criminal District Court No. 4
Dallas County, Texas

2

## Certificate of Service

The State mailed a true copy of the foregoing response to applicant, Jonathan Bruce Reed, William G. McConnell Unit, 3001 South Emily Drive, Beeville, TX 78102, by depositing same in the United States Mail, postage prepaid, on October 28, 2015.

_Lisa Smith_

Lisa Smith